# SWANSON, MARTIN & BELL, LLP

ATTORNEYS AT LAW
330 NORTH WABASH, SUITE 3300, CHICAGO, ILLINOIS 60611
(312) 321-9100 • FAX (312) 321-0990
Direct Dial: (312) 222-8523
E-mail: mdrumke@smbtrials.com

June 25, 2013

The Hon. J.P. Stadtmueller
Unites States District Court Judge
362 United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

      **Re:**    ***Pleaugh v. Georgia Pacific, LLC, et al.***
            **Case No. 11-CV-86-JPS**

Dear Judge Stadtmueller:

    This letter is to advise the Court that the remaining parties in the above-captioned matter have arrived at a settlement of all claims. Once the settlement agreement and release have been effectuated, a stipulation to dismiss will be filed with the Court. Accordingly, the parties will not be filing a Pretrial Report tomorrow and request that the Court strike all hearing and trial dates from the Court's Calendar. The parties agree that the Court should retain jurisdiction of this matter until the stipulation of dismissal is filed.

    Thank you for your attention to this matter.

                  Very truly yours,

                  Michael Drumke

cc:    Jin-Ho Chung, Esq.