# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI, IL)
JIN-HO CHUNG (IL)
ADAM M. MERGENTHALER (IL)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com

OF COUNSEL
MICHAEL A. POLLACK (WI)

June 25, 2013

The Honorable J.P. Stadtmueller
362 United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re: *Pleaugh v. Georgia Pacific, LLC, et al.*
           Case No. 11-CV-86-JPS

Dear Judge Stadtmueller:

This letter is to advise the Court that plaintiff has reached settlement in principle with the remaining defendants (Georgia Pacific, LLC and Union Carbide Corporation) in the above captioned matter. Once the settlement agreement and release have been effectuated, a stipulation to dismiss will be filed with the Court. Accordingly, the parties will not be filing a Pre-Trial Report tomorrow, and request that the Court strike all hearing dates and trial dates from the Court calendar. The parties ask that the Court retain jurisdiction of this matter until the stipulation of dismissal is filed.

Very truly yours,

Jin-Ho Chung
Attorney for Plaintiff

Cc: Michael Drumke, counsel for Georgia Pacific, LLC
     Trevor Will, counsel for Union Carbide Corporation