

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
414.271.2400 TEL
414.297.4900 FAX
foley.com

WRITER'S DIRECT LINE
414.297.5536
twill@foley.com EMAIL

CLIENT/MATTER NUMBER
061966-0216

June 25, 2013

The Honorable J. P. Stadtmueller
District Court Judge
362 United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Pleaugh v. Georgia Pacific, LLC, and Union Carbide Corp.*
Case No. 11-CV-86-JPS

Dear Judge Stadtmueller:

This letter is to advise the Court that Union Carbide Corporation has reached a settlement with plaintiff in this case. Once the settlement documentation has been provided to Union Carbide by plaintiff and the settlement funds delivered, a stipulation and order for dismissal will be submitted to the Court. In that regard, this case was settled as part of a large group. Because it may take some time to process all of the necessary papers (releases and Medicare/Medicaid forms) for all of the plaintiffs in the settlement group, it likely will be 60-90 days before we are able to submit a stipulation for dismissal of Union Carbide.

In light of this settlement, Union Carbide and plaintiff will not be filing a Pre-Trial report tomorrow. Assuming plaintiff has settled with the other defendant, Georgia-Pacific, it would also appear the Court could remove all of the hearing and trial dates in this case from the Court's calendar. We assume that the Court will retain jurisdiction of this matter until the settlement is completed and the stipulation and order for dismissal filed. Thank you for your attention to this matter.

Very truly yours,

Trevor J. Will
Attorney for Union Carbide Corporation

cc: Jin-Ho Chung, Attorney for Plaintiff
Michael Drumke, Attorney for Georgia-Pacific

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SHANGHAI

SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

4812-2132-1236.