# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI,IL)
JIN-HO CHUNG (IL)
ADAM M. MERGENTHALER (IL)
JAMES N. HOEY (IL)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com

OF COUNSEL
MICHAEL A. POLLACK (WI)

November 5, 2013 - via CM/ECF

The Honorable J.P. Stadtmueller
362 United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Pleaugh v. Georgia Pacific, LLC, et al.*
                Case No. 11-CV-86-JPS

Dear Judge Stadtmueller:

       Counsel for plaintiff has been in contact with counsel for defendant Union Carbide Corporation regarding the Court's order for rule to show cause dated 10-31-13, and are trying to work out a proposed order. However, lead counsel for plaintiff and lead counsel for Union Carbide Corporation are both out of the office until Wednesday, November 6, 2013. The parties expect to provide the court with a proposed order by this Thursday, November 7, 2013. Plaintiff has reached a settlement agreement with the other remaining defendant, Georgia Pacific LLC.

Respectfully,

Jin-Ho Chung
Attorney for plaintiff

CC via CM/ECF:    Trevor Will, attorney for Union Carbide Corporation
                        Michael Drumke, attorney for Georgia Pacific LLC