# CASCINO VAUGHAN LAW OFFICES, Ltd

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (WI,IL)
JIN-HO CHUNG (IL)
ADAM M. MERGENTHALER (IL)
JAMES N. HOEY (IL)

**220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX
www.cvlo.com**

OF COUNSEL
MICHAEL A. POLLACK (WI)

November 8, 2013 - via CM/ECF

The Honorable J.P. Stadtmueller
362 United States Courthouse, Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Pleaugh v. Georgia Pacific, LLC, et al.*
Case No. 11-CV-86-JPS

Dear Judge Stadtmueller:

I am counsel for plaintiff in the above referenced matter. I write in response to your Rule to Show Cause Order dated 10-31-13. This case should be dismissed based on resolution with both of the remaining defendants, Union Carbide Corporation and Georgia Pacific LLC. These are the only remaining defendants following the remand of this case. Please let me know if you have any questions or concerns.

Respectfully,

Jin-Ho Chung
Attorney for plaintiff

CC via CM/ECF: Trevor Will, attorney for Union Carbide Corporation
Michael Drumke, attorney for Georgia Pacific LLC